In the Matter of the Claim of ROBERT MORELAND, Respondent, against BROWN MILLING COMPANY, INC., et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.— Present — Foster, P. J., Heffernan, Brewster, Bergan and Coon, JJ.

In the Matter of the Claim of HELEN KRUPINSKI, Respondent, against U. S. RADIATOR CORPORATION et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.— Present — Foster, P. J., Heffernan, Brewster, Bergan and Coon, JJ.

In the Matter of the Claim of SIGNE EVANS, Respondent, against HENJES MARINE, INC., et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.— Present — Foster, P. J., Heffernan, Brewster, Bergan and Coon, JJ. [See *ante*, p. 962.]